No. 98–692. RADECKI, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RADECKI, DECEASED, ET AL. *v.*

BARELA ET AL. C. A. 10th Cir. Certiorari denied.